UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

NEWTERRA, INC.,

    Plaintiff/Counterclaim-Defendant,

v.                                              4:20cv77–WS/MAF

FOLEY CELLULOSE LLC,

    Defendant/Counterclaim-Plaintiff.

_____

NEWTERRA, INC.,

    Third-Party Plaintiff,

v.

UNIVERSAL TANK & FABRICATION, LLC,

    Third-Party Defendant.

_____

## ORDER

By stipulation (ECF No. 44) submitted by Plaintiff/Third-Party Plaintiff, Newterra, Inc., and Third-Party Defendant, Universal Tank & Fabrication, LLC, Newterra's claims against Universal were dismissed, effective on the date of filing,

December 14, 2020. All claims having now been dismissed by stipulation, it is

ORDERED:

The clerk shall close the case.

DONE AND ORDERED this   15th   day of    December   , 2020.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE